IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRENTON J. HOLLINGER, SR.,

    Plaintiff,

v.                                               CASE NO. 3:05cv13/LAC

INTERNATIONAL PAPER COMPANY and
WAUSAU BENEFITS, INC.,.

    Defendants,
_____/

## ORDER REINSTATING CASE

1. Plaintiff's motion to reinstate this case (doc. 22) is **GRANTED**. The previously entered Order of Dismissal is hereby set aside, and the Clerk is directed to reopen this case.

2. Defendants' motion for extension of time (doc. 23) is **GRANTED**. The deadline for the filing of dispositive motions is extended until June 17, 2005.

**ORDERED** on this 2nd day of June, 2005.

                                                 s/ *L.A. Collier*
                                                   Lacey A. Collier
                                            Senior United States District Judge