IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRENTON HOLLINGER,
    Plaintiff,

vs.                                                     3:05cv13/LAC/MD

INTERNATIONAL PAPER COMPANY and
WAUSAU BENEFITS, INC.,
    Defendants.
_____

## O R D E R

Upon consideration of the amended Report and Recommendation of the Magistrate Judge filed on October 27, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     Defendants' motion for summary judgment (doc. 25) is GRANTED, and the clerk is directed to enter judgment in favor of the defendants and to close the file.

DONE AND ORDERED this 27th day of October, 2005.

*s/L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE